# DENNIS KENNY LAW

**288 NORTH PLANK ROAD, NEWBURGH, NY 12550**
PHONE: (845) 566-4400 · FAX: (845) 569-0111 · TOLL FREE: (800) 610-4401 · (888) 2SSD-SSI
WEB SITE: WWW.DENNISKENNYLAW.COM  ·  E-MAIL: DENNISKENNYLAW@CS.COM

DENNIS KENNY, ESQ. (NY & PA)
JEFFREY C. LEO, ESQ.
TARA L. JOHNSSON, ESQ. (FL)
SCOTT T. BLACK, ESQ. (NY & CA)
EDWARD C. DELAUTER, ESQ.
KATHERINE M. USEWICZ, ESQ.
JOSEPHINE GOTTESMAN ESQ.

**OF COUNSEL**
EVAN M. FOULKE, ESQ. (NY & NJ)

**VIA ECF**

December 23, 2019

HONORABLE VERNON S. BRODERICK
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/26/2019

RE: Withus v. Commissioner of SSA
1:18-CV-10923(VSB) (JLC)

Dear Judge Broderick:

This office represents Plaintiff in the above-referenced Social Security appeal.

On 12/19/19, Magistrate Judge Cott issued a Report and Recommendation in which he recommended that Plaintiff's Complaint be dismissed and The Commissioner's motion for Judgement on the Pleadings be granted. Plaintiff's Objection to same is due on 1/2/2020.

Plaintiff now respectfully, with the kind consent of the Commissioner, seeks a 14-day extension of time within which to file her Objections. This request is due to earlier work deadlines which will come due prior to January 2, 2020. There has been no previous such request in this matter.

Should Your Honor allow this extension, the following amended deadlines are proposed, again with the kind consent of Counsel:

Plaintiff's Objections to the Magistrate Judge's Report and Recommendation would now be due on January 16, 2020.

Defendant's response to the Objections, if any would then be due on January 30, 2020.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ JOSEPHINE GOTTESMAN

Cc: Prashant Tamaskar, AUSA (via ECF)