**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHANNON F. WITHUS,

                           Plaintiff,

               -against-

ANDREW SAUL,
Commissioner of Social Security,
                        Defendant.
-----------------------------------------------------------X

18 CIVIL 10923 (VSB)(JLC)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 19, 2021, the Report is adopted in its entirety, and Plaintiff's objections are overruled. Plaintiff's motion for judgment on the pleadings is DENIED, and the Commissioner's cross-motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       May 20, 2021

                                                  RUBY J. KRAJICK
                                                  **Clerk of Court**
                       **BY:**
                                                  **Deputy Clerk**